UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 10-10425-MLW |
| v. | ) | VIOLATION: |
| | ) | 18 U.S.C. § 1951 - |
| MICHAEL WILKINS | ) | Attempt to Affect Commerce |
| | ) | By Robbery |

INDICTMENT

COUNT ONE:   18 U.S.C. § 1951 - Attempt to Affect Commerce by Robbery

The Grand Jury charges that:

On or about October 13, 2010, at Pepperell, in the District of Massachusetts,

MICHAEL WILKINS,

defendant herein, did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in interstate commerce, to wit: Opana, Oxycontin, and other articles and commodities owned by and in the care, custody, control and possession of the Pepperell Family Pharmacy, 74 Main Street, Pepperell, Massachusetts, by robbery, and did commit and threaten physical violence to a person and property in furtherance of a plan and purpose to so obstruct, delay, and affect interstate commerce and the movement of said articles and commodities in interstate commerce by robbery.

All in violation of Title 18, United States Code, Section 1951.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY



_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS; Dec. 15, 2010

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK